IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT EMERSON FELIX,

    Petitioner,

  v.

SHERIFF MICHAEL HENNESSEY, Warden,

    Respondent.
                                        /

No. C 01-03138 WHA

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE**

    Petitioner recently filed a notice of substitution of counsel. Counsel Janice Mazur indicates in a declaration that she has not been able to obtain all the documents necessary to fully respond to the Court's order of January 10, 2007. Ms. Mazur will be permitted an additional 90-day extension of time, through and including **AUGUST 30, 2007**, in which to provide a further response to the January 10 order.

    Additionally, Ms. Mazur must immediately apply for admission to the Northern District and register for e-filing if she has not done so already.

    **IT IS SO ORDERED.**

Dated: June 4, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE