IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT EMERSON FELIX,

    Petitioner,

  v.

SHERIFF MICHAEL HENNESSEY, Warden,

    Respondent.
    _____/

No. C 01-03138 WHA

**ORDER TO SHOW CAUSE**

    Petitioner Scott Emerson Felix is currently confined as a sexually violent predator in the custody of the State of California. On January 9, 2007, an order required petitioner to file an amended petition clearly identifying the claims with which he intends to proceed. An amended petition for writ of habeas corpus was finally filed on December 13, 2007. The allegations appear sufficient to require a response from respondent. Respondent therefore must answer.

    The **CLERK SHALL IMMEDIATELY SERVE** respondent's counsel with a copy of the petition, all attachments to it, and this order. **RESPONDENT SHALL FILE AND SERVE UPON PETITIONER BY JANUARY 25, 2008**, an **ANSWER** conforming to Rule 5 of the Rules governing Section 2254 in the United States District Courts. Respondent shall, by that date, also serve all other materials required by Habeas Local Rule 2254-6(b). The record must be indexed. If petitioner wishes to respond to the answer. He shall file a **TRAVERSE WITH THE COURT AND SERVE IT UPON RESPONDENT WITHIN THIRTY DAYS OF SERVICE OF THE ANSWER.**

    **IT IS SO ORDERED.**

Dated: December 19, 2007.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE