IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT EMERSON FELIX,

    Petitioner,                             No. C 01-03138 WHA

  v.

MICHAEL HENNESSY, Sheriff,            **JUDGMENT**

    Respondent.

_____/

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE