**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX, | No. C 01-03138 WHA |
| Petitioner, | |
| v. | **ORDER RE REQUEST FOR EXTENSION** |
| SHERIFF MICHAEL HENNESSEY, Warden, | |
| Respondent. | |
| _____ / | |

The Court is in receipt of respondent's application for an extension of time to respond to the March 26 order to show cause. The application is granted in part. The deadline is extended until Tuesday, **APRIL 7, 2009, AT 5:00 P.M**.

**IT IS SO ORDERED.**

Dated: April 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE