# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>    Petitioner,<br><br>v.<br><br>SHERIFF MICHAEL HENNESSEY,<br>Warden,<br><br>    Respondent. | Case No. C01-3138 WHA (PR)<br><br>[PROPOSED] ORDER ON PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE ADDITIONAL BRIEF RE MOOTNESS ISSUE |

    Petitioner Scott Emerson Felix's request having been duly considered, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time in which both parties may file an additional brief re the mootness issue is hereby granted. The additional briefs of no more than ten pages by both parties shall be due by Noon on May 20, 2010. Reply Briefs of no more than five pages shall be filed by both parties no later than noon on May 27, 2010.

DATED: May 12, 2010.

                                              Judge William Alsup

*IT IS SO ORDERED*