IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT EMERSON FELIX,

    Petitioner

  v.

SHERIFF MICHAEL HENNESSEY

    Respondent.

No. C 01-3138 WHA (PR)

**JUDGMENT**

The Court having entered a ruling denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE