IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT EMERSON FELIX,

    Petitioner,

  v.

SHERIFF MICHAEL HENNESSEY,

    Respondent.

No. C 01-3138 WHA (PR)

**ORDER REGARDING LETTER FROM PETITIONER**

The Court has received the appended letter from petitioner. Petitioner is referred to counsel for follow up. The Court will not make further orders absent a strong motion and one demonstrating that it still has jurisdiction to grant relief.

**IT IS SO ORDERED.**

Dated: September 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

TO: JUDGE WILLIAM H. ALSUP U.S. COURT
NORTHERN DISTRICT OF CALIFORNIA P.O. Box 36060
450 GOLDEN GATE AVE S.F. CA 94102

August 31st 2010

JUDGE ALSUP...

I AM FILING THE ENCLOSED NOTICE OF APPEAL FOR YOUR REVIEW, & CONSIDERATION FOR REOPENING THE CASE OR APPEAL, I MUST STATE, I REALLY DON'T UNDERSTAND HOW OR WHY I AM BEING DENIED THE RIGHTS THAT ARE & HAVE BEEN CLEARLY VIOLATED FOR THE LAST #14 YEARS - FOR A SIMPLE PAROLE VIOLATION OF DRUNK IN PUBLIC IN 1996...

CAN YOU FOR A MINUTE, TRULY IMAGINE #14 YEARS FOR A MINOR VIOLATION? IT'S CRIMINAL & HARMING MY FAMILY JUDGE ALSUP... THE STATE OF CALIFORNIA HAS IT ALL WRONG JUDGE ALSUP, I AM NOT WHAT THEY SUSPECT & HAVE MALICIOUSLY CLAIMED OVER FEAR WITHOUT PROOF... THE SYSTEM, YOU & THE STATE ARE KILLING ME, MY FAMILY & OUR HOPE WITH A SLOW DEATH... TRULY THE GOOD LORD, KNOWS WITH ALMIGHTY GOD THE WRONG THAT IS BEING PLAYED OUT & HOW THE ENTIRE PROCESSES IS BROKEN JUDGE ALSUP...

PAGE - II

I TRULY PRAY YOU & OTHERS IN THE STATES CASE REALIZE THE SHAME THIS LAW HAS COST & CAST UPON OUR GREAT LEGAL SYSTEM, BOTH HERE IN CALIFORNIA & NATION WIDE...

I APOLOGIZE, IF MY HONESTY HAS IN ANY WAY OFFENDED YOU, OR REFLECTS THE SUFFERING & PAIN THAT I HAVE BEEN FOR "14 YEARS" LABORED WITH MY FAMILY BOTH EMOTIONALLY & FINANCIALLY, SINCE 1996 FOR A MINOR PAROLE VIOLATION - IT'S CRAZY & JUNK SCIENCE...

FOR THE RECORD, I'VE KNOWN, & HAVE BEEN PARTICULARLY AWARE OF, THE FACT MY CASE, STATUS & NOTORIOUS INVOLVEMENT WITH SGT. MARIA BUTLER, HAS PLACED ME IN BEING MONITORED, USED & SUBJECTED TO A STATE GOVERNMENT EXPERIMENT, FOR MANY YEARS SINCE MY RELEASE IN 1993 & ON MY PAROLE IN SAN-JOSE... SINCE THE FOLSOM INVESTIGATION, CAMPOY SEXUAL HARASSMENT SENATE HEARINGS IN 1984 - THEY TRULY HAVE IT WRONG JUDGE ALSUP...

PAGE - III

JUDGE ALSUP, I AM NOT THAT ONE, & I DON'T KNOW JUST HOW MANY MORE, OR LONGER I CAN OR WILL BE ABLE, TO AS A HUMEN BEING SUSTAIN THIS MOUNTAINOUS TASK, GOD HAS BROUGHT BEFORE US... TRULY I AM SCARED, I WILL FINALLY BE CRUSHED OR LOOSE THE LAST TWO FAMILY MEMBERS, TO THIS NEFARIOUS LAW & SOCIAL CLEANSING OF A SPECIFIC CLASS OF CRIMINALS...

ALL THE FAMILY MONEY IS GONE, MY UNCLE'S 85 YEARS OLD, & MY MOTHERS #87, PLEASE PERMIT THIS MADNESS TO STOP... WHAT DOES THE STATE WANT FROM ME? I AM TRULY SORRY FOR MY CRIMES, ALL PRIOR INAPPROPRIATE RELATIONSHIPS WITH THESE PROFESSIONAL WOMEN CDC FOLSOM SGT. BUTLER, SAN FRANCISCO COUNTY JAIL CAPT. PECO, THE LAW SUITE (FELIX V. MCCARTHY) 939, F.2D 699 9TH CIR. 1991, CERT. DENIED 112 S. CT. 1165 (1992)...

JUDGE ALSUP, I KNOW WHAT I'VE BEEN SUBJECTED TO WITH THE STATES, TASK FORCE IN SAN JOSE EXPERIMENTAL TRACKING, OF ITS SEX OFFENDERS, & PROPOSING ME AS IF I WAS ITS POSTER BOY!!! NOT

PAGE - IV

Truly, I am not the #1 & I am sorry for my crimes, made my amends with God, my family has suffered enough & I've paid my social debt... Please Judge Alsup, Do not close shop & walk away after all these years of my appeal, just because I have another one proving the abuse & constitutional violations...

I remember the first time I spoke with your clerk Dawn about my filings #7 plus years ago - Why don't you ask not just yourself, but Dawn how many things have changed in your lives... My crimes are #28 years old Judge Alsup, enough is enough, May you please reconsider...

Judge Alsup, I am a good man, My family needs me & all I want to do is live my final years as a productive person, in our society... I pray justice will be served with God speed...

Cordially

Scott Emerson Felix

CC: SEF/J/WHA:

Scott Emerson Felix
AC9511, LA-147-Low
P.O . Box 705
Soledad, CA 93960
Message Phone: (805) 474-5605

Petitioner/appellant in pro se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX, | Case No. C01-3138 WHA (PR) |
| Petitioner, | NOTICE OF APPEAL |
| v. | |
| SHERIFF MICHAEL HENNESSEY, Warden, | |
| Respondent. | |

Petitioner Scott Emerson Felix hereby appeals from the Judgment signed by Judge Alsup in this action on August 11, 2010 and from all interlocutory orders subsumed therein, including but not limited to the orders entered in this action on November 18, 2008 and September 21, 2009.

Pursuant to Federal Rules of Appellate Procedure, rule 22, petitioner hereby requests that this Notice of Appeal be deemed to constitute a request for a Certificate of Appealability. Although the District Court ruled, in its August 11, 2010 order, that petitioner is not entitled to a certificate of appealability, petitioner requests this court to take judicial notice of the District Court's Order to Show Cause filed on March 26, 2009, in which the court states that issues raised in Petitioner's previous motion for a certificate of appealability (filed on or about February 18, 2009), are "debateable."

1   Petitioner is currently incarcerated and is indigent. Petitioner requests to
2   proceeed in forma pauperus and further requests appointment of counsel on appeal. If
3   possible, petitioner requests that attorney Janice Mazur, of the firm Mazur & Mazur,
4   13465 Camino Canada, Suite 106-103, El Cajon, California 920201, Tel: (888) 810-
5   5050 Fax: (888) 447-7085), email: appealslawyer@aol.com, be appointed to represent
6   him on appeal as she has represented him in the District Court proceedings and is
7   familiar with the facts and issues.

DATED: 8/31/2010

_Scott E. Felix_
Petitioner Scott Felix, in pro se

Scott E. Felix
AC951 CA-147-LOW
P.O. Box 705
Soledad, CA 93960

CONFIDENTIAL
LEGAL MAIL

Judge William Alsup
United States District Court
Northern District of California
450 Golden Gate Ave
Post Office Box 36060
San Francisco, CA 94102-9680